NUMBER 13-01-685-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

__________________________________________________________________

 

DAVID
F. GUTIERREZ,                                                           Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                         On appeal from the 94th District Court 

                                  of Nueces County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

                   Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, DAVID F. GUTIERREZ,
perfected an appeal from a judgment entered by the 94th District
Court of Nueces County, Texas,  in cause number 01-CR-1451-C.  Appellant has filed a motion to withdraw the
notice of appeal.  The motion complies
with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to withdraw
the notice of appeal, is of the opinion that appellant's motion to
withdraw  the notice of appeal should be
granted.  Appellant's motion to withdraw
the notice of appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 6th day
of June, 2002.